

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00021-CR

Robert Ray **LACINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000127
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's court-appointed counsel filed a motion to withdraw and a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Counsel asserts there are no meritorious issues to raise on appeal. Counsel certifies he informed appellant of his right to file his own brief and provided appellant with a form motion that appellant may use to request the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Appellant filed a pro se motion requesting access to the record. The motion is GRANTED. The clerk of this court is ORDERED to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for trial court cause number CR-18-0000127 to appellant at his current address: Stringfellow Unit, TDCJ #02364642, 1200 FM 655, Rosharon, Texas 77583.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so **no later than July 7, 2022**. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.



_Michael A. Cruz_, Clerk of Court